Case 2:12-cr-00049-RMP    Document 538    Filed 09/02/15

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 02, 2015**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America <br> v. <br> JAMES CLAYTON LINDSAY | Case No: 2:12-CR-049-RMP-4 <br> USM No: 14276-085 * |
| Date of Original Judgment: 09/12/2013 <br> Date of Previous Amended Judgment: 09/13/2013 <br> *(Use Date of Last Amended Judgment if Any)* | Andrea George <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  72 months  months **is reduced to**  58 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  09/13/2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 09/02/2015

*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Rosanna Malouf Peterson, Judge U.S. District Court
*Printed name and title*